L. J. Kenaga, appellee, v. E. F. Mower, appellant.  Gen. No. 26,381.
Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in this court at the October term, 1920. Affirmed.

Opinion filed February 19, 1921. Rehearing denied February 28, 1921.
E. M. Seymour, for appellant. Auw & Zahn, for appellee.
Mr. Justice McSurely delivered the opinion of the court.